UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| PAMELA WANSTALL, AS PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF RICHARD WANSTALL, <br><br> v. <br><br> D40 GRAVEL LLP, TOWN OF BURKE, VERMONT, and CALEDONIA SHERIFF'S DEPARTMENT | ) ) ) ) ) ) ) ) Civil Action File No. 2:24-CV-680 ) ) ) ) ) ) ) |

CERTIFICATE OF SERVICE

I, Robert S. Behrens, attorney for Plaintiff in the above matter, hereby certify that on the 7th day of October 2024, I electronically filed with the Clerk of Court the following document(s):

1) Plaintiff's Amended Complaint

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Evan A. Foxx, Esq         efoxx@healaw.com

Pietro J. Lynn, Esq        plynn@lynnlawvt.com,

Brian P. Monaghan, Esq    bmonaghan@msvtlaw.com

Christopher J. McVeigh, Esq   chris@mcveighskiff.com

And I also caused to be served, by U.S. Postal Service (hand-delivery, FedEx, UPS etc.), the following non-NEF parties:

None applicable

DATED at Burlington, Vermont, this 7th day of October 2024.

*/s/ Robert S. Behrens*
Behrens Venman, PLLC